**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ELISEO MARTIN RAMIREZ PEREZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

CASE NO. 5:26-cv-06565-SK

**JUDGMENT**

A-File No. 220-583-283

Pursuant to the Order Granting Petition (Bond Hearing), IT IS ADJUDGED that petitioner ELISEO MARTIN RAMIREZ PEREZ (A# 220-583-283) is be released from ICE custody, unless within 7 days of the Order he is provided a custody redetermination hearing under 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d)(1). *See Rodriguez Vazquez v. Bostock*, 183 F.4th 1160, 1167 (9th Cir. 2026) ("A § 1226(a) detainee will be released on bond if he demonstrates by a preponderance of the evidence that he is not a flight risk or a danger to the community.") (citing *Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022)).[1] The court retains jurisdiction to enforce the judgment to the extent set forth in the Order.

DATED: November 4, 2026

HON. STEVE KIM
United States Magistrate Judge

[1] Consistent with agency regulations and practice, however, the immigration judge would retain ordinary discretion to continue the hearing beyond the seventh day for a reasonable period based on a valid showing of good cause—including a request by petitioner to secure appearance of immigration counsel or to marshal documentary evidence for the hearing. *See*, *e.g.*, 8 C.F.R. § 1003.29.